## UNITED STATES BANKRUPTCY COURT

### FOR THE SOUTHERN DISTRICT OF INDIANA

### EVANSVILLE DIVISON

In the Matter of:                                    Case No. 18-70753

Michael D Daugherty  and
Pamela Renee Daugherty

### NOTICE OF CHANGE OF ADDRESS
### <u>CHECK ONLY ONE</u>

☐        **Debtor's Change of Address**

☑        **Creditor's Change of Address**

NAME:                              Atlas Acquisitions LLC

OLD MAILING ADDRESS:     294 Union St.

Hackensack, NJ 07601


NEW MAILING ADDRESS:     492C Cedar Lane, Ste 442

Teaneck, NJ 07666


Dated: October 20, 2020     /s/Avi Schild
                                           Signature

REQUESTOR'S NAME:        Avi Schild

ADDRESS:                         492C Cedar Lane, Ste 442

Teaneck, NJ 07666

TELEPHONE NO.:               888.762.9889

bk@atlasacq.com